Stephen P. Arnot, OSB #070765
WILLIAMS, KASTNER GREENE & MARKLEY
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re SeaPort Airlines, Inc.,<br><br>Debtor. | Case No. 16-30406-tmb7 |
| STEPHEN P. ARNOT, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Adversary Proceeding No. 17-03099-tmb<br><br>NOTICE OF DISMISSAL |

Pursuant to Bankruptcy Rule 7041 and Federal Rule of Civil Procedure 41, Plaintiff Stephen P. Arnot hereby dismisses the above action.

DATED this 20th day of September, 2017.

/s/ Stephen P. Arnot
Stephen P. Arnot, OSB #070765
Attorneys for Chapter 7 Trustee
WILLIAMS, KASTNER GREENE & MARKLEY
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967
Fax: (503) 222-7261
sarnot@williamskastner.com

Page 1 -    NOTICE OF DISMISSAL                              Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967 • Fax (503) 222-7261

6196233.1

Case 17-03099-tmb    Doc 8    Filed 09/20/17